# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2155
LT Case No. 16-2022-CF-5023-A

———————————————

KAYDEN J. DESSELLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Matthew J. Metz, Public Defender, and Joseph Chloupek,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

February 21, 2025

PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and
sentence. However, we remand with instructions to strike the cost
assessed pursuant to section 938.10, Florida Statutes (2022).

———————————————

[1] *Anders v. California*, 386 U.S. 738 (1967).

AFFIRMED and REMANDED with INSTRUCTIONS.

LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____